IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FORUM ENERGY TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JASON OIL & GAS EQUIPMENT, LLC AND JASON ENERGY TECHNOLOGIES CO., LTD., <br><br> Defendants. | Civil Action No.  4:20-cv-3768 |

### ORDER GRANTING PLAINTIFF'S MOTION TO REINSTATE

ON THIS DATE the Court considered Plaintiff's Motion to Reinstate to above-captioned proceeding given the resolution of the criminal proceedings against Defendants in a related criminal proceeding, *United States v. Lei Gao et al*, No. 4:20-cr-00527, pending in the Southern District of Texas. After considering the Motion, any response thereto, and all relevant pleadings, the Court grants the Motion.

The Court ORDERS that Plaintiff's Motion to Reinstate is hereby GRANTED and the above-captioned proceeding is reinstated to the active docket.

SSO ORDERED this __14th__ day of October 2021.

_____
HONORABLE LEE H. ROSENTHAL
Chief United States District Judge